211 West Fort Street
Detroit, MI 48226

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

---

Case No.: 14−44381−pjs
Chapter: 7

In Re: (NAME OF DEBTOR(S))
  Kaiya Danielle Burts
  6110 Yorkshire
  Detroit, MI 48224
Social Security No.:
  xxx−xx−5841
Employer's Tax I.D. No.:

---

## NOTICE OF MISSING DOCUMENTS

To the Debtor(s) and Debtor(s) attorney:

Notice is hereby given that the following documents(s) must be submitted on the most current official form as mandated by the Judicial Conference of the United States within **14** days from the date the bankruptcy petition was filed:

☐ Declaration and Signature of Non−Attorney Bankruptcy Petition Preparer (Form 19)
☑ Attorney Disclosure of Compensation Statement                    ☐ Schedule B
☐ Certificate of Budget and Credit Counseling                         Schedule C:
☑ Chapter 7 Means Test (Form 22 A)                                 ☐ Debtor
☐ Declaration Under Penalty of Perjury for Debtor(s) Without an Attorney  ☐ Joint Debtor
☐ Application to Pay the Filing Fee in Installments                 ☐ Schedule D
☐ Tax ID                                                           ☐ Schedule E
☑ Statistical Summary of Certain Liabilities                       ☐ Schedule F
☑ Statement of Financial Affairs                                   ☐ Schedule G
☑ Declaration Concerning Debtor's Schedules                        ☐ Schedule H
☐ Statement Regarding Authority to Sign and File Petition (Business Only)  ☐ Schedule I
☑ Summary of Schedules                                             ☐ Schedule J
☑ Schedules A−J
☐ Schedule A

The missing document(s) must be filed on or before **4/1/14** .

**THIS IS THE ONLY NOTICE YOU WILL RECEIVE:** If you fail to timely comply with the requirements set forth above, the case may be dismissed.

**If you do not have an attorney and need procedural assistance, please contact the pro se law clerk at (866) 478–4436, or (313) 234–0074 or email at prose@mieb.uscourts.gov. There is no charge for this service.**

Dated: 3/19/14

BY THE COURT

Katherine B. Gullo , Clerk of Court
U.S. Bankruptcy Court